UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO. 08-75-KSF

VICTORIA BOYD                                                    PLAINTIFF


v.                            **JUDGMENT**


MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY                                 DEFENDANT

\* \* \* \* \* \* \* \* \*

The court, having affirmed the decision of the Commissioner, enters judgment in favor of

the defendant Commissioner.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** order.

This matter is **STRICKEN** from the court's active docket.

This January 26, 2009.



Signed By:

*Karl S. Forester*   K S F

**United States Senior Judge**